IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00374-WYD

MEGAN TRICHAK,

   Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

   Defendant.

### ORDER

THIS MATTER is before the Court on Defendant's Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed July 31, 2014.  The Court, having considered the motion and being fully advised in the premises,

ORDERS that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 18) is **GRANTED**.  In accordance therewith, it is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,000.00**.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.  See Astrue v. Ratliff, 130 S. Ct. 2521 (2010) (holding that EAJA awards are payable to litigants and that EAJA awards are subject to offset by the Treasury Department to satisfy any debts litigants may owe to the Government).  Defendant shall consider the propriety of directing payment to the attorney pursuant to an assignment, but

only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

Dated: August 5, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE